IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Petitioner,                 No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Respondents.              ORDER

                                /

          Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

          Petitioner is a civil detainee having been convicted pursuant to the Sexually Violent Predator Act (SVPA). Petitioner was incarcerated at the Sacramento County Jail when he was tried pursuant to the SVPA. In the instant action, petitioner alleges that the conditions of the Sacramento County Jail violated his constitutional rights. Petitioner argues that if the court rules in his favor, he will be released from custody.

          A finding that the conditions of the Sacramento County Jail violated petitioner's constitutional rights will not result in petitioner's release from custody. If petitioner wishes to challenge the legality of his custody, he must file a habeas corpus petition challenging his conviction pursuant to the SVPA.

1   The purpose of a habeas corpus petition pursuant to 28 U.S.C. § 2254 is to
2 challenge the legality of a sentence or conviction.  The purpose of a civil rights action pursuant to
3 42 U.S.C.§ 1983 is to challenge conditions of confinement.  Because petitioner is challenging
4 conditions of confinement, the court construes this as a civil rights action pursuant to 42 U.S.C. §
5 1983.  The petition is dismissed with leave to file a civil rights complaint.  Following receipt of
6 the complaint, the court will consider petitioner's application to proceed in forma pauperis.
7   Accordingly, IT IS HEREBY ORDERED that:
8   1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;
9   2. The petition is dismissed with thirty days leave to file a civil rights complaint;
10 failure to comply with this order will result in a recommendation of dismissal of this action;
11   3. The Clerk of the Court is directed to send petitioner the form for a civil rights
12 complaint.
13 DATED:   10/24/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
car1679.ame