IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

       Plaintiff,                    No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

       Defendants.             ORDER

_____/

        On November 16, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed October 25, 2005, construing this action as a civil rights action. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 25, 2005, is affirmed.

DATED: January 10, 2006.

                                                      /s/Lawrence K. Karlton
                                                      UNITED STATES DISTRICT JUDGE