IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Plaintiff,                    No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendant.               ORDER
_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 28, 2005, plaintiff filed an amended complaint. Plaintiff filed only pages 1-44 of the amended complaint. Because the amended complaint is not complete, it is dismissed with leave to amend. Plaintiff shall file a complete copy of his amended complaint within twenty days of the date of this order. Plaintiff is not required to re-file the documents filed in support of the amended complaint, including his exhibits and points and authorities.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall file a complete copy of his amended complaint.

DATED: 1/31/06

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
car1679.fb                      UNITED STATES MAGISTRATE JUDGE