IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,             No. CIV S-05-1679 LKK GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.            ORDER

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's amended complaint filed February 24, 2006.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Sacramento County, Lou Blanas.

        2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 24, 2006.

1

1    3. Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the following documents to the court:
3    a. The completed Notice of Submission of Documents;
4    b. One completed summons;
5    c. One completed USM-285 form for each defendant listed in number 3
6    above; and
7    d. Three copies of the endorsed amended complaint filed February 24,
8    2006.
9    4. Plaintiff need not attempt service on defendants and need not request waiver of
10 service. Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
12 without payment of costs.
13 DATED: 7/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
car1679.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,                                No. CIV S-05-1679 LKK GGH P

      vs.

COUNTY OF SACRAMENTO, et al.,        NOTICE OF SUBMISSION

      Defendants.                         OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __2__     completed USM-285 forms

      __3__     copies of the _____
                                     Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff