IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

        Plaintiff,                No. CIV S-05-1679 LKK GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 16, 2006, defendants filed an answer to the amended complaint filed February 24, 2006.

        On August 28, 2006, plaintiff filed a proposed amended complaint and a request for leave to file an amended complaint. Plaintiff states that the proposed amended complaint contains more detailed prayer for relief. Good cause appearing, plaintiff's request to file the amended complaint is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 28, 2006, request to file an amended complaint is granted;

/////

/////

1

1        2. Unless defendants desire to file an amended answer, the court will deem the
2  answer to the complaint as the answer to the amended complaint. If defendants desire to file a
3  response to the amended complaint, they must do so within thirty days.
4  DATED: 11/13/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
car1679.ord