IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Plaintiff,                    No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

        Plaintiff has filed a request for an extension of time to file a reply to defendants' answer. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 26, 2006, request for an extension of time is denied.

DATED: 11/14/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
car1679.den