1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HAROLD E. CARMONY,

11            Plaintiff,                    No. CIV S-05-1679 LKK GGH P

12        vs.

13   COUNTY OF SACRAMENTO, et al.,

14            Defendants.               ORDER

15   _____/

16            Plaintiff has requested an extension of time to file his opposition to the

17   defendants' motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED

18   that:

19            1.  Plaintiff's August 13, 2007 request for an extension of time is granted; and

20            2.  Plaintiff is granted sixty days from the date of this order in which to file his

21   opposition.  No further extensions of time will be granted but for a showing of substantial cause.

22   DATED: 8/21/07

                                        /s/ Gregory G. Hollows

23                                       _____

                                        GREGORY G. HOLLOWS

24                                       UNITED STATES MAGISTRATE JUDGE

25   GGH:cm
     carm1679.36

26