IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,                    No. CIV S-05-1679 LKK GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.              ORDER

_____/

        On July 20, 2007, defendants filed a summary judgment motion. Defendants did not submit plaintiff's entire deposition transcript. See Local Rule 5-133(j).

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall submit a copy of plaintiff's deposition transcript to the chambers of the undersigned.

DATED: 12/11/07

                                                    /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

carmony.ord