IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,                      No. CIV S-05-1679 LKK GGH P

      vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff is civilly detained pursuant to the California Sexually Violent Predator's Act (SVPA). He is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983 against Sacramento County and Sheriff Lou Blanas regarding conditions in the Sacramento County Jail. This action is proceeding on the amended complaint filed August 28, 2006. Pending before the court is defendants' summary judgment motion filed July 20, 2007.

      On August 21, 2007, the court granted plaintiff a sixty day extension of time to file an opposition to defendants' motion. On October 22, 2007, plaintiff filed his opposition and a cross-motion for summary judgment. On November 1, 2007, defendants filed an opposition to the cross-motion arguing that it was untimely. Pursuant to the February 13, 2007, scheduling order, all pretrial motions were due on or before July 20, 2007.

/////

1

1   In his August 13, 2007, plaintiff also requested an extension of time to file a
2 cross-motion for summary judgment.  While the court did not directly address this request in the
3 August 21, 2007, order, the court finds that this order granting the extension of time applied to
4 this request is well.  Plaintiff's cross-motion is timely.  Defendants are granted twenty days to file
5 an opposition to plaintiff's cross-motion.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1. Plaintiff's cross-motion for summary judgment is deemed timely;
8   2. Defendants are granted twenty days from the date of this order to file an
9 opposition to plaintiff's cross-motion for summary judgment.
10 DATED:   12/17/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

carmony.fb