IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,                          No. CIV S-05-1679 LKK GGH P

      vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 14, 2008, are adopted in full;

2. Plaintiff's October 22, 2007, summary judgment motion is denied;

3. Defendants' July 20, 2007, summary judgment motion is denied as to the following claims: 1) inadequate out-of-cell time, including day room access, in violation of the Fourteenth Amendment; 2) the light in plaintiff's cell was on all night in violation of the Fourteenth Amendment; 3) plaintiff required to use a communal razor in violation of the Fourteenth Amendment; 4) shower unsanitary in violation of the Fourteenth Amendment; 5) inadequate outdoor exercise in violation of the Fourteenth Amendment; 6) denial of use of wheelchair despite court order in violation of Fourteenth Amendment; 7) inadequate clothing in violation of the Fourteenth Amendment; 8) jail temperature too cold in violation of the Fourteenth Amendment; defendants' motion for summary judgment on grounds that plaintiff has not demonstrated <u>Monell</u> liability as to defendant County is denied; defendants' motion for summary judgment on grounds that defendant Blanas has no liability in his individual capacity and is entitled to qualified immunity is denied; and

4. Defendants' July 20, 2007, summary judgment motion is granted in all other respects.

DATED: March 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT