IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,             No. CIV S-05-1679 LKK GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.       ORDER

_____/

   In light of the plaintiff's request for an extension of time to object to the Magistrate Judge's February 14, 2008 Findings and Recommendations, the court VACATES its March 25, 2008 order (docket no. 87). The objections filed by plaintiff on April 4, 2008 are deemed timely filed. Plaintiff's motion for reconsideration is DENIED as moot.

   IT IS SO ORDERED.

   DATED: April 9, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT