UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,

   v.

COUNTY OF SACRAMENTO, et al.,

      Defendants.

                               /

NO. CIV. S-05-1679 LKK/GGH P

O R D E R

    Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 14, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Both plaintiff and defendants have filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C.

1

1  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
2  de novo review of this case.  Having carefully reviewed the
3  entire file, the court finds the findings and recommendations to
4  be supported by the record and by proper analysis.
5             Accordingly, IT IS HEREBY ORDERED that:
6  1.   The findings and recommendations filed February 14, 2008
7       are adopted in full;
8  2.   Plaintiff's October 22, 2007, summary judgment motion is
9       denied;
10 3.   Defendants' July 20, 2007, summary judgment motion is
11      denied as to the following claims: 1) inadequate out-of-
12      cell time, including day room access, in violation of the
13      Fourteenth Amendment; 2) the light in plaintiff's cell was
14      on at night, in violation of the Fourteenth Amendment; 3)
15      plaintiff required to use a communal razor in violation of
16      the Fourteenth Amendment; 4) shower unsanitary in violation
17      of the Fourteenth Amendment; 5) inadequate outdoor exercise
18      in violation of the Fourteenth Amendment; 6) denial of use
19      of wheelchair despite court order in violation of the
20      Fourteenth Amendment; 7) inadequate clothing in violation
21      of the Fourteenth Amendment; 8) jail temperature too cold
22      in violation of the Fourteenth Amendment; defendants'
23      motion for summary judgment on the grounds that plaintiff
24      has not demonstrated Monell liability as to defendant
25      County is denied; defendants' motion for summary judgment
26      on the grounds that defendant Blanas has no liability in

1     his individual capacity and is entitled to qualified
2     immunity is denied; and
3  4. Defendants' July 20, 2007, summary judgment motion is
4     granted in all other respects.
5     IT IS SO ORDERED.
6     DATED: June 16, 2008.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

3