IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Plaintiff,                    No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On June 17, 2008, the district court denied plaintiff's summary judgment motion and granted in part and denied in part defendants' summary judgment motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The pretrial conference is set for August 22, 2008 (the pretrial conference shall be conducted on the file only, without appearance by either party); plaintiff shall file his pretrial statement on or before August 1, 2008; defendants shall file their pretrial statement on or before August 15, 2008;

        2. Jury trial is set for December 8, 2008, at 10:30 a.m. before the Honorable Lawrence K. Karlton.

DATED: 06/23/08                               /s/ Gregory G. Hollows
                                                              UNITED STATES MAGISTRATE JUDGE

carm1679.sch

1