IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

        Plaintiff,                 No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On June 30, 2008, plaintiff filed an interlocutory appeal of the June 17, 2008, order denying his summary judgment motion and granting in part and denying in part defendants' summary judgment motion.  On June 23, 2008, the court ordered plaintiff to file his pretrial statement on or before August 1, 2008.  Plaintiff is informed that he is still required to file his pretrial statement while his appeal is pending.  <u>See</u> 28 U.S.C. § 1292(b).

        IT IS SO ORDERED.

DATED: 07/15/08

                 /s/ Gregory G. Hollows

                 UNITED STATES MAGISTRATE JUDGE

carmony.ord

1