## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

        Plaintiff,                  No. CIV S-05-1679-LKK-GGH P

  vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/           **AD TESTIFICANDUM**

        Harold E. Carmony, a necessary and material witness in proceedings in this case on November 3, 2008, is confined in Coalinga State Hospital, in the custody of the Executive Director Pam Ahlin; in order to secure this patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Coalinga State Hospital, November 3, 2008, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the patient named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director Pam Ahlin, Coalinga State Hospital, PO Box 5000, Coalinga, Ca 93210:**

        **WE COMMAND** you to produce the patient named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

DATED: 10/03/08

                                                  /s/ Gregory G. Hollows
                                                  _____
                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:cm
carm1679.841