IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

      Plaintiff,                          No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a trial confirmation hearing on November 3, 2008, before Judge Karlton.

        In the pretrial order filed September 3, 2008, the court ordered plaintiff to file further briefing in support of his request for incarcerated/detained witnesses. In particular, the court stated that due to the cost and logistical difficulties, plaintiff was to identify the 4 incarcerated witnesses most important to his case. In addition, plaintiff was to state whether these witnesses would testify voluntarily and also to describe their proposed testimony.

        On October 8, 2008, plaintiff filed a supplemental pretrial statement identifying 8 incarcerated/detained witnesses and a request that they appear at his trial via video conference. Plaintiff states that his incarcerated/detained witnesses will testify voluntarily regarding the

1

1  conditions they endured while housed in the Sacramento County Jail.

2  Plaintiff does not state when his witnesses were incarcerated in the jail. Nor does plaintiff discuss whether his witnesses have knowledge of any of the conditions at issue in the instant action. Plaintiff will not be allowed to call witnesses who have no knowledge of the conditions at issue in this case or who were incarcerated in the jail during times not relevant to this action. Plaintiff's description of the testimony of his witnesses is too vague for the court to determine whether the testimony is relevant.

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff may file further briefing describing in detail the proposed testimony of each of his witnesses; following receipt of that briefing, the court will issue further orders.

DATED: 10/14/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

carmony.fb