IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Plaintiff,                   No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             ORDER

_____/

        On November 3, 2008, a trial confirmation hearing was held before the Honorable Lawrence K. Karlton.  At this hearing, plaintiff stated that he is still being denied access to his personal computer which contains all of the pleadings filed by plaintiff since February 2007 in all of his federal and state actions.  Plaintiff's August 8, 2008, motion to stay seeks the return of his computer.  Plaintiff also told the court that officials at Coalinga State Hospital have lost a box of his legal property containing documents pertaining to this action.  The court will order the Director of the Coalinga State Hospital to address these matters.

        On October 31, 2008, the court denied plaintiff's request to call incarcerated/detained witnesses.  On November 3, 2008, plaintiff filed a third supplemental pretrial statement.  This pleading does not cure any of the issues regarding proposed incarcerated/detained witnesses addressed in the October 31, 2008, order.  Moreover, plaintiff

1

1 | was not authorized to file this pleading.  Accordingly, plaintiff's November 3, 2008,
2 | supplemental pretrial statement is disregarded.
3 |       Accordingly, IT IS HEREBY ORDERED that:
4 |       1. Within twenty days of the date of this order, the Director of the Coalinga State
5 | Hospital shall file a response to plaintiff's claim that he is being denied access to his computer
6 | and that a box of his legal property has been lost;
7 |       2.  The Clerk of the Court is directed to serve a copy of this order on The Director
8 | of Coalinga State Hospital, Coalinga State Hospital, P.O. Box 5000, Coalinga, CA, 93210.
9 | DATED: November 17, 2008

                                             /s/Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

car1679.fb