IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

        Plaintiff,                    No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.             ORDER

_____/

        On November 17, 2008, the court ordered the Director of the Coalinga State Hospital to file a response to plaintiff's claims that he is being denied access to his computer and a box of legal property. Twenty days passed and Director did not respond to the November 17, 2008, order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within ten days of the date of this order, Director of Coalinga State Hospital shall show cause for his failure to respond to the November 17, 2008, order;

/////
/////
/////
/////

1

1  2.  The Clerk of the Court shall serve a copy of this order The Director of
Coalinga State Hospital, Coalinga State Hospital, P.O. Box 5000, Coalinga, CA, 93210; the
Clerk shall also electronically serve a copy of this order on Supervising Deputy Attorney General
Monica Anderson.

DATED: December 17, 2008

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

carm1679.osc