IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Plaintiff,                      No. CIV S-05-1679 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On November 17, 2008, the court ordered the Director of Coalinga State Hospital to file a response to plaintiff's claims that he is being denied access to his computer and that a box of his legal property has been lost.

        On December 24, 2008, the Director filed a response stating that the computer has been returned to plaintiff. The Director did not address plaintiff's claim that he is missing legal property.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within ten days of the date of this order, Coalinga State Hospital Director shall respond to the claim that a box of plaintiff's legal property relating to this action has been lost;

/////

/////

1

2. The Clerk of the Court shall electronically serve this order on Deputy Attorney General Michael V. Hammang: Michael.Hammang@doj.ca.gov.

DATED: January 7, 2009

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

car1679.ord(2)