UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Plaintiff,

    vs.                                    No. CIV S 05-1679 LKK GGH P

COUNTY OF SACRAMENTO, et al.,

    Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
                                                  **AD TESTIFICANDUM**

        Harold E. Carmony, a necessary and material witness in proceedings in this case on February 9, 2009, is confined in Coalinga State Hospital, in the custody of the Director; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Coalinga State Hospital, February 9, 2009, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Director, Pam Ahlin, Coalinga State Hospital, PO Box 5000, Coalinga, CA 93210-5000:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 7, 2009

                                                            /s/ Gregory G. Hollows

                                                            GREGORY G. HOLLOWS
                                                            UNITED STATES MAGISTRATE JUDGE

GGH:kly
carm1679.841lkktch